\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__   DISTRICT OF   __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:04-CV-263 RFT

ELIZABETH LUESSENHOP

Vs.

CLINTON COUNTY, N.Y., et al

_____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of defendant's in accordance with the Memorandum/Decision and Order issued by Magistrate Judge Randolph F. Treece on July 20, 2005.

DATE: __July 20, 2005__

_LAWRENCE K. BAERMAN_
CLERK OF THE COURT

By: [signature]
COURTROOM DEPUTY CLERK